UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CAITLYN ABOULBA,
        Plaintiff,

v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC., et al.,
        Defendants.

**DECISION & ORDER**
16-CV-6102

---

Currently before the Court is plaintiff's motion to withdraw her motion for extension of time to serve foreign corporate defendants (Docket # 24). The foreign defendants at issue here have been served. Accordingly, plaintiff's motion to withdraw (Docket # 24) is **granted.** Plaintiff's underlying motion for extension of time (Docket # 9) is therefore **denied as moot.**

_____
JONATHAN W. FELDMAN
United States Magistrate Judge

Dated:    March 22, 2017
            Rochester, New York